IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN UNITED FIRE INSURANCE COMPANY                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 1:02CV223R

LONG BEACH AUTO AUCTION                                                    DEFENDANT

## FINAL JUDGMENT

Pursuant to the opinion rendered from the bench in this cause of action, as noted by this Court's minute entry order of September 28, 2006, this Court finds for the Plaintiff, Southern United Fire Insurance Company, in the amount of $9,700.00. Costs are to be borne by the respective parties.

THIS, the 29th day of Sept. 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
JOHN M. ROPER

AGREED AS TO FORM

_____
Attorney for Plaintiff, Southern United Fire Insurance Company

_____
Attorney for Defendant, Long Beach Auto Auction, Inc.